# Schedule A

**TENCENT MUSIC ENTERTAINM-ADR**　　　　Ticker:　TME　　　Cusip:　88034P109

Class Period: 03/22/2021 to 03/29/2021

**Michael Merson**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 3/24/2021 | 25 | $28.39 |
|  | 3/24/2021 | 1 | $26.15 |
|  | 3/24/2021 | 9 | $26.14 |
|  | 3/24/2021 | 15 | $24.50 |
|  | 3/25/2021 | 20 | $20.51 |