**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| MICHAEL MERSON, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:21-cv-08752-PAC-SLC |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | : : : : | |
| Defendants. | : : : | |
| | x | |
| KAI CHEN, Individually and On Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:21-cv-09564-PAC-SLC |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | : : : : | |
| Defendants. | : : : | |
| | x | |

**NOTICE OF MOTION OF MOVANT LEI BIAN FOR**
**CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that movant Lei Bian will and hereby does move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) consolidating the above-captioned actions; (2) appointing the Lei Bian as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*; and (3) approving Lei Bian's selection of Johnson Fistel, LLP as lead counsel for the proposed class.  In support of this Motion, Lei Bian submits the accompanying Memorandum of Law, the Declaration of Ralph M. Stone, and a [Proposed] Order.

DATED:  December 27, 2021

**JOHNSON FISTEL, LLP**

*/s/ Ralph M. Stone*
Ralph M. Stone (RS-4488)
1700 Broadway, 41st Floor
New York, NY 10019
Telephone: (212) 292-5690
Facsimile: (212) 292-5680
RalphS@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

***Counsel for Lei Bian***

- 1 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/Ralph M. Stone*
RALPH M. STONE (RS-4488)
