**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ————————————————— x | |
| MICHAEL MERSON, Individually and On Behalf of All Others Similarly Situated, : | Civil Action No. 1:21-cv-08752-PAC-SLC |
| : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, : | |
| : | |
| Defendants. : | |
| : | |
| ————————————————— x | |
| KAI CHEN, Individually and On Behalf of All : Others Similarly Situated, | Civil Action No. 1:21-cv-09564-PAC-SLC |
| : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, : | |
| : | |
| Defendants. : | |
| : | |
| ————————————————— x | |

**[PROPOSED] ORDER CONSOLIDATING ACTIONS,**
**APPOINTING MOVANT LEI BIAN AS LEAD PLAINTIFF**
**AND APPROVING SELECTION OF COUNSEL**

Having considered the papers filed in support of Lei Bian's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and any responses thereto, and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Merson v. Goldman Sachs Group Inc.*, No. 1:21-cv-08752-PAC-SLC and *Chen v. Goldman Sachs Group Inc.*, No. 1:21-cv-09564-PAC-SLC are hereby consolidated.  The file in Case No. No. 1:21-cv-08752-PAC-SLC shall constitute the master file for the consolidated action;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints the Lei Bian as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the law firm of Johnson Fistel, LLP is approved as Lead Counsel for the proposed class.

IT IS SO ORDERED.


DATED:_____    _____
                                 THE HONORABLE PAUL A. CROTTY
                                 UNITED STATES DISTRICT JUDGE