**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| MICHAEL MERSON, Individually and On Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:21-cv-08752-PAC-SLC |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : : | |
| | : | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | : : : | |
| | : | |
| Defendants. | : : | |
| | x | |
| KAI CHEN, Individually and On Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:21-cv-09564-PAC-SLC |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : : | |
| | : | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | : : : | |
| | : | |
| Defendants. | : : | |
| | x | |

**DECLARATION OF RALPH M. STONE IN SUPPORT OF MOVANT LEI BIAN'S
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Ralph M. Stone, declare as follows:

1.      I am a member in good standing of the bar of New York and am admitted to practice before this Court. I am Of Counsel for the law firm of Johnson Fistel, LLP, counsel for proposed lead plaintiff, Lei Bian.   I submit this declaration in support of Lei Bian's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel.   I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of Pendency of class action published on GlobeNewswire on October 26, 2021;

Exhibit B:      Lei Bian's Certification;

Exhibit C:      Lei Bian's Financial Interest Calculation, prepared by counsel; and

Exhibit D:      Johnson Fistel, LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.   Executed this 27th day of December, 2021.

/s/Ralph M. Stone
RALPH M. STONE (RS-4488)