# EXHIBIT C

| TENCENT MUSIC ENTERTAINMENT GROUP (NYSE: TME) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Lei Bian - PSLRA Financial Interest Analysis | | | | | | | | | | |
| Class Period: March 22, 2021 - March 29, 2021 | | | | | | | | | | |
| | | | | | | | | | | |
| **Purchases:** | | | | | **Sales:** | | | | | |
| | | | | | | | Lookback | | | |
| Date | Shares | Price | Total | | Date | Shares | Price | | Total | |
| | | | | | | | | | | |
| 3/24/2021 | 200 | $ 25.00 | $ 5,000.00 | | Held | 4,000 | $ 16.72 | * | $ 66,880.00 | |
| 3/24/2021 | 10 | $ 25.42 | $ 254.20 | | | | | | | |
| 3/24/2021 | 5 | $ 26.14 | $ 130.70 | | | | | | | |
| 3/24/2021 | 185 | $ 24.00 | $ 4,440.00 | | | | | | | |
| 3/24/2021 | 200 | $ 23.43 | $ 4,686.00 | | | | | | | |
| 3/25/2021 | 400 | $ 22.00 | $ 8,800.00 | | | | | | | |
| 3/25/2021 | 400 | $ 22.19 | $ 8,876.00 | | | | | | | |
| 3/25/2021 | 1,000 | $ 21.00 | $ 21,000.00 | | | | | | | |
| 3/25/2021 | 600 | $ 19.65 | $ 11,790.00 | | | | | | | |
| 3/26/2021 | 1,000 | $ 18.21 | $ 18,210.00 | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total | 4,000 | | $ 83,186.90 | | | 4,000 | | | $ 66,880.00 | **$ (16,306.90)** |
| | | | | | | | | | | |
| | | | | | | | | | | |
| * Average closing price for 90-day period beginning March 30, 2021 is $16.72 per share (for shares held). | | | | | | | | | | |