# EXHIBIT 3

**Tencent Music Entertainment Group Loss Chart**
**Class Period: March 22, 2021 through March 29, 2021**

| Name | Date Purchased* | Shares | Price per Share | Total | Date Sold* | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $ 16.74 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rokhsar, Jayson | 3/24/2021 | 100 | ($28.91) | ($2,891.00) | 3/24/2021 | 1,000 | $28.59 | $28,590.00 | | | | |
| | 3/24/2021 | 100 | ($28.71) | ($2,871.00) | 3/24/2021 | 1,200 | $25.59 | $30,708.00 | | | | |
| | 3/24/2021 | 400 | ($28.54) | ($11,416.00) | 3/24/2021 | 400 | $26.12 | $10,448.00 | | | | |
| | 3/24/2021 | 1200 | ($28.57) | ($34,284.00) | 3/25/2021 | 10 | $18.38 | $183.80 | | | | |
| | 3/24/2021 | 400 | ($26.80) | ($10,720.00) | | | | | | | | |
| | 3/24/2021 | 200 | ($26.14) | ($5,228.00) | | | | | | | | |
| | 3/24/2021 | 1200 | ($25.47) | ($30,564.00) | | | | | | | | |
| | 3/24/2021 | 1,000 | ($25.15) | ($25,150.00) | | | | | | | | |
| | 3/25/2021 | 500 | ($22.59) | ($11,295.00) | | | | | | | | |
| | 3/25/2021 | 100 | ($22.61) | ($2,261.00) | | | | | | | | |
| | 3/25/2021 | 2,000 | ($22.33) | ($44,660.00) | | | | | | | | |
| | 3/25/2021 | 300 | ($22.31) | ($6,693.00) | | | | | | | | |
| | 3/25/2021 | 10 | ($22.10) | ($221.00) | | | | | | | | |
| | | 7,510 | | ($188,254.00) | | 2,610 | | $69,929.80 | 4,900 | $82,011.01 | ($36,313.19) | |

*Transactions may include settlement dates, trade dates, and/or transactions that occurred premarket or after hours.