**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL MERSON, Individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br> v. <br><br> GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, <br><br>       Defendants. | Case No.: 1:21-cv-08752-PAC <br><br> Hon. Paul A. Crotty |
| KAI CHEN, Individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br> v. <br><br> GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, <br><br>       Defendants. | Case No.: 1:21-cv-09564-PAC <br><br> Hon. Paul A. Crotty |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MICHAEL KRUEGER'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Michael Krueger ("Movant") and proposed Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Tencent Music Entertainment Group ("Tencent" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Tencent securities;

**Exhibit C**:    Press Release published October 26, 2021, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Merson v. Goldman Sachs Group Inc., et. al.,* Case No. 1:21-cv-08752-PAC;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: December 27, 2021                          Respectfully Submitted,

                                                  **LEVI & KORSINSKY, LLP**

                                                  By: */s/ Adam M. Apton*
                                                  Adam M. Apton (AS-8383)
                                                  55 Broadway, 10th Floor
                                                  New York, NY 10006
                                                  Tel: (212) 363-7500
                                                  Fax: (212) 363-7171
                                                  Email: aapton@zlk.com

                                                  *Lead Counsel for Michael Krueger and*
                                                  *[Proposed] Lead Counsel for the Class*