# EXHIBIT A

Case 1:21-cv-08752-JSR    Document 24-1    Filed 12/27/21    Page 1 of 5

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Michael Krueger, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Tencent Music Entertainment Group which are the subject of this litigation during the class period set forth in the complaint which are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __12/17/2021_____.

Name: Michael Krueger

Signed: Michael Krueger _____
DocuSigned by:
CBF37C52584844D...

| Case Name | Tencent Music Entertainment Group (Goldman Sachs Group Inc) |
|---|---|
| Ticker | TME |
| Class Period | 03-22-2021 to 03-29-2021 |

**Account 1**

**Client Name**

Michael Krueger

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-26-2021 | P | 192 | $ 20.3977 |
| 03-26-2021 | P | 397 | $ 20.2879 |
| 03-26-2021 | P | 103 | $ 20.2900 |
| 03-26-2021 | P | 587 | $ 20.0950 |
| 03-26-2021 | P | 9 | $ 20.1600 |
| 03-26-2021 | P | 170 | $ 20.1401 |
| 03-26-2021 | P | 109 | $ 20.4000 |
| 03-26-2021 | P | 2061 | $ 20.3980 |

| Case Name | Tencent Music Entertainment Group (Goldman Sachs Group Inc) |
|---|---|
| Ticker | TME |
| Class Period | 03-22-2021 to 03-29-2021 |

**Account 2**

**Client Name**

Michael Krueger

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-23-2021 | S | -100 | $ 31.5950 |
| 03-24-2021 | P | 53 | $ 25.2750 |
| 03-24-2021 | P | 400 | $ 25.2800 |
| 03-24-2021 | P | 989 | $ 25.2701 |
| 03-24-2021 | P | 1400 | $ 25.8100 |
| 03-26-2021 | P | 1 | $ 19.1200 |
| 03-26-2021 | P | 3 | $ 18.4900 |
| 03-26-2021 | P | 14 | $ 17.7798 |
| 03-26-2021 | P | 16 | $ 19.1184 |
| 03-26-2021 | P | 19 | $ 19.0650 |
| 03-26-2021 | P | 25 | $ 18.8800 |
| 03-26-2021 | P | 33 | $ 18.2900 |
| 03-26-2021 | P | 49 | $ 18.4801 |
| 03-26-2021 | P | 50 | $ 18.4000 |
| 03-26-2021 | P | 72 | $ 18.4901 |
| 03-26-2021 | P | 73 | $ 16.7350 |
| 03-26-2021 | P | 100 | $ 17.7075 |
| 03-26-2021 | P | 100 | $ 18.9490 |
| 03-26-2021 | P | 161 | $ 19.9900 |
| 03-26-2021 | P | 163 | $ 18.9500 |
| 03-26-2021 | P | 229 | $ 19.5000 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-26-2021 | P | 308 | $ 18.6600 |
| 03-26-2021 | P | 351 | $ 19.0601 |
| 03-26-2021 | P | 390 | $ 18.3776 |
| 03-26-2021 | P | 475 | $ 18.8782 |
| 03-26-2021 | P | 500 | $ 18.5650 |
| 03-26-2021 | P | 552 | $ 18.1000 |
| 03-26-2021 | P | 626 | $ 18.2801 |
| 03-26-2021 | P | 700 | $ 17.7099 |
| 03-26-2021 | P | 717 | $ 18.2799 |
| 03-26-2021 | P | 740 | $ 18.2750 |
| 03-26-2021 | P | 837 | $ 18.2790 |
| 03-26-2021 | P | 950 | $ 18.3901 |
| 03-26-2021 | P | 1300 | $ 17.7050 |
| 03-26-2021 | P | 1384 | $ 16.7301 |
| 03-26-2021 | P | 1529 | $ 17.7150 |
| 03-26-2021 | P | 1900 | $ 19.1858 |
| 03-26-2021 | P | 2070 | $ 20.7000 |
| 03-26-2021 | P | 2100 | $ 20.6600 |
| 03-26-2021 | P | 2431 | $ 19.9192 |
| 03-26-2021 | P | 2610 | $ 19.9500 |
| 03-26-2021 | P | 3059 | $ 19.9701 |
| 03-26-2021 | P | 4200 | $ 17.7100 |
| 03-26-2021 | P | 4315 | $ 20.1100 |
| 03-26-2021 | P | 4334 | $ 19.4999 |
| 03-26-2021 | P | 4778 | $ 20.1899 |
| 03-26-2021 | P | 7220 | $ 18.6800 |

| Case Name | Tencent Music Entertainment Group (Goldman Sachs Group Inc) |
|---|---|
| Ticker | TME |
| Class Period | 03-22-2021 to 03-29-2021 |

**Account 3**
**Client Name**
Michael Krueger

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-26-2021 | P | 8 | $ 20.6200 |
| 03-26-2021 | P | 147 | $ 20.6144 |

## ASSIGNMENT

I, Kathleen Krueger, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Michael Krueger, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Tencent Music Entertainment Group securities. Further, the Assignor hereby appoints Michael Krueger as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Michael Krueger agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Michael Krueger.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 12/17/2021 _____

DocuSigned by:

*Kathleen Krueger*
CBF37C52584844D...

Kathleen Krueger