# EXHIBIT B

| Client Name | Michael Krueger |
|---|---|
| Company Name | Tencent Music Entertainment Group |
| Ticker Symbol | TME |
| Security Type | |
| Class Period Start | 03-22-2021 |
| Class Period End | 03-29-2021 |
| 90-DAY Lookback Period Start | 03-30-2021 |
| 90-DAY Lookback Period End | 06-27-2021 |
| 90-DAY Lookback Average | $ 16.74 |
| Pre Class Period Holdings | 1 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $12,850.63 |
| DURA LIFO* Total | $12,850.63 |
| Gross Shares Purchased | 3,628 |
| Net Shares Retained | 3,628 |
| Net Funds Expended | $73,725.42 |

**Michael Krueger - Account 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-26-2021 | 192 | 20.3977 | $ 3,916.36 | | | | | | - | 192 | 192 | $ 16.74 | $ 3,213.49 | $ 702.87 | $ 702.87 |
| 03-26-2021 | 397 | 20.2879 | $ 8,054.30 | | | | | | - | 397 | 397 | $ 16.74 | $ 6,644.56 | $ 1,409.73 | $ 1,409.73 |
| 03-26-2021 | 103 | 20.29 | $ 2,089.87 | | | | | | - | 103 | 103 | $ 16.74 | $ 1,723.90 | $ 365.97 | $ 365.97 |
| 03-26-2021 | 587 | 20.095 | $ 11,795.77 | | | | | | - | 587 | 587 | $ 16.74 | $ 9,824.58 | $ 1,971.18 | $ 1,971.18 |
| 03-26-2021 | 9 | 20.16 | $ 181.44 | | | | | | - | 9 | 9 | $ 16.74 | $ 150.63 | $ 30.81 | $ 30.81 |
| 03-26-2021 | 170 | 20.1401 | $ 3,423.82 | | | | | | - | 170 | 170 | $ 16.74 | $ 2,845.28 | $ 578.54 | $ 578.54 |
| 03-26-2021 | 109 | 20.4 | $ 2,223.60 | | | | | | - | 109 | 109 | $ 16.74 | $ 1,824.33 | $ 399.27 | $ 399.27 |
| 03-26-2021 | 131 | 20.398 | $ 2,672.14 | 06-08-2021 | | 131 | $ 17.08 | | $ 2,237.48 | 131 | - | $ 16.74 | | $ 434.66 | $ 434.66 |
| 03-26-2021 | 122 | 20.398 | $ 2,488.56 | 06-09-2021 | | 122 | $ 17.05 | | $ 2,080.10 | 122 | - | $ 16.74 | | $ 408.46 | $ 408.46 |
| 03-26-2021 | 145 | 20.398 | $ 2,957.71 | 06-15-2021 | | 145 | $ 16.94 | | $ 2,456.30 | 145 | - | $ 16.74 | | $ 501.41 | $ 501.41 |
| 03-26-2021 | 200 | 20.398 | $ 4,079.60 | 06-15-2021 | | 200 | $ 16.94 | | $ 3,388.00 | 200 | - | $ 16.74 | | $ 691.60 | $ 691.60 |
| 03-26-2021 | 1463 | 20.398 | $ 29,842.27 | | | | | | - | 1463 | 1463 | $ 16.74 | $ 24,486.14 | $ 5,356.14 | $ 5,356.14 |
| Total: | 3,628 | | $73,725.42 | | | 598 | | | $10,161.88 | 3,628 | 3,030 | | $50,712.91 | $12,850.63 | $12,850.63 |

| Client Name | Michael Krueger |
|---|---|
| Company Name | Tencent Music Entertainment Group |
| Ticker Symbol | TME |
| Security Type | |
| Class Period Start | 03-22-2021 |
| Class Period End | 03-29-2021 |
| 90-DAY Lookback Period Start | 03-30-2021 |
| 90-DAY Lookback Period End | 06-27-2021 |
| 90-DAY Lookback Average | $ 16.74 |
| Pre Class Period Holdings | 3700 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $149,830.06 |
| DURA LIFO* Total | $149,830.06 |
| Gross Shares Purchased | 54,326 |
| Net Shares Retained | 54,226 |
| Net Funds Expended | $1,055,921.31 |

**Michael Krueger - Account 2**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-24-2021 | 53 | 25.275 | $ 1,339.58 | | | | | | - | 53 | 53 | $ 16.74 | $ 887.06 | $ 452.52 | $ 452.52 |
| 03-24-2021 | 400 | 25.28 | $ 10,112.00 | | | | | | - | 400 | 400 | $ 16.74 | $ 6,694.77 | $ 3,417.23 | $ 3,417.23 |
| 03-24-2021 | 989 | 25.2701 | $ 24,992.13 | | | | | | - | 989 | 989 | $ 16.74 | $ 16,552.83 | $ 8,439.30 | $ 8,439.30 |
| 03-24-2021 | 1400 | 25.81 | $ 36,134.00 | | | | | | - | 1400 | 1400 | $ 16.74 | $ 23,431.71 | $ 12,702.29 | $ 12,702.29 |
| 03-26-2021 | 1 | 19.12 | $ 19.12 | | | | | | - | 1 | 1 | $ 16.74 | $ 16.74 | $ 02.38 | $ 02.38 |
| 03-26-2021 | 3 | 18.49 | $ 55.47 | | | | | | - | 3 | 3 | $ 16.74 | $ 50.21 | $ 05.26 | $ 05.26 |
| 03-26-2021 | 14 | 17.7798 | $ 248.92 | | | | | | - | 14 | 14 | $ 16.74 | $ 234.32 | $ 14.60 | $ 14.60 |
| 03-26-2021 | 16 | 19.1184 | $ 305.89 | | | | | | - | 16 | 16 | $ 16.74 | $ 267.79 | $ 38.10 | $ 38.10 |
| 03-26-2021 | 19 | 19.065 | $ 362.24 | | | | | | - | 19 | 19 | $ 16.74 | $ 318.00 | $ 44.23 | $ 44.23 |
| 03-26-2021 | 25 | 18.88 | $ 472.00 | | | | | | - | 25 | 25 | $ 16.74 | $ 418.42 | $ 53.58 | $ 53.58 |
| 03-26-2021 | 33 | 18.29 | $ 603.57 | | | | | | - | 33 | 33 | $ 16.74 | $ 552.32 | $ 51.25 | $ 51.25 |
| 03-26-2021 | 49 | 18.4801 | $ 905.52 | | | | | | - | 49 | 49 | $ 16.74 | $ 820.11 | $ 85.42 | $ 85.42 |
| 03-26-2021 | 50 | 18.4 | $ 920.00 | | | | | | - | 50 | 50 | $ 16.74 | $ 836.85 | $ 83.15 | $ 83.15 |
| 03-26-2021 | 72 | 18.4901 | $ 1,331.29 | | | | | | - | 72 | 72 | $ 16.74 | $ 1,205.06 | $ 126.23 | $ 126.23 |
| 03-26-2021 | 73 | 16.735 | $ 1,221.66 | | | | | | - | 73 | 73 | $ 16.74 | $ 1,221.80 | -$ 00.14 | -$ 00.14 |
| 03-26-2021 | 100 | 17.7075 | $ 1,770.75 | | | | | | - | 100 | 100 | $ 16.74 | $ 1,673.69 | $ 97.06 | $ 97.06 |
| 03-26-2021 | 100 | 18.949 | $ 1,894.90 | | | | | | - | 100 | 100 | $ 16.74 | $ 1,673.69 | $ 221.21 | $ 221.21 |
| 03-26-2021 | 161 | 19.99 | $ 3,218.39 | | | | | | - | 161 | 161 | $ 16.74 | $ 2,694.65 | $ 523.74 | $ 523.74 |
| 03-26-2021 | 163 | 18.95 | $ 3,088.85 | | | | | | - | 163 | 163 | $ 16.74 | $ 2,728.12 | $ 360.73 | $ 360.73 |
| 03-26-2021 | 229 | 19.5 | $ 4,465.50 | | | | | | - | 229 | 229 | $ 16.74 | $ 3,832.76 | $ 632.74 | $ 632.74 |
| 03-26-2021 | 308 | 18.66 | $ 5,747.28 | | | | | | - | 308 | 308 | $ 16.74 | $ 5,154.98 | $ 592.30 | $ 592.30 |
| 03-26-2021 | 351 | 19.0601 | $ 6,690.10 | | | | | | - | 351 | 351 | $ 16.74 | $ 5,874.66 | $ 815.43 | $ 815.43 |
| 03-26-2021 | 390 | 18.3776 | $ 7,167.26 | | | | | | - | 390 | 390 | $ 16.74 | $ 6,527.40 | $ 639.86 | $ 639.86 |
| 03-26-2021 | 475 | 18.8782 | $ 8,967.15 | | | | | | - | 475 | 475 | $ 16.74 | $ 7,950.04 | $ 1,017.10 | $ 1,017.10 |
| 03-26-2021 | 500 | 18.565 | $ 9,282.50 | | | | | | - | 500 | 500 | $ 16.74 | $ 8,368.47 | $ 914.03 | $ 914.03 |
| 03-26-2021 | 552 | 18.1 | $ 9,991.20 | | | | | | - | 552 | 552 | $ 16.74 | $ 9,238.79 | $ 752.41 | $ 752.41 |
| 03-26-2021 | 626 | 18.2801 | $ 11,443.34 | | | | | | - | 626 | 626 | $ 16.74 | $ 10,477.32 | $ 966.02 | $ 966.02 |
| 03-26-2021 | 700 | 17.7099 | $ 12,396.93 | | | | | | - | 700 | 700 | $ 16.74 | $ 11,715.85 | $ 681.08 | $ 681.08 |
| 03-26-2021 | 717 | 18.2799 | $ 13,106.69 | | | | | | - | 717 | 717 | $ 16.74 | $ 12,000.38 | $ 1,106.31 | $ 1,106.31 |
| 03-26-2021 | 740 | 18.275 | $ 13,523.50 | | | | | | - | 740 | 740 | $ 16.74 | $ 12,385.33 | $ 1,138.17 | $ 1,138.17 |

| Trade Date | Shares Purchased | Price Per Share | Total Cost | Sales Trade Date | Shares Sold During the CP | Shares Sold During the LBP | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-26-2021 | 837 | 18.27x | $15,299.5x | | | | | | - | 837 | 837 | $16.74 | $14,008.82 | $1,290.71 | $1,290.71 |
| 03-26-2021 | 950 | 18.3901 | $17,470.60 | | | | | | - | 950 | 950 | $16.74 | $15,900.09 | $1,570.51 | $1,570.51 |
| 03-26-2021 | 1300 | 17.705 | $23,016.50 | | | | | | - | 1300 | 1300 | $16.74 | $21,758.02 | $1,258.48 | $1,258.48 |
| 03-26-2021 | 1384 | 16.7301 | $23,154.46 | | | | | | - | 1384 | 1384 | $16.74 | $23,163.92 | -$09.46 | -$09.46 |
| 03-26-2021 | 1529 | 17.715 | $27,086.24 | | | | | | - | 1529 | 1529 | $16.74 | $25,590.77 | $1,495.46 | $1,495.46 |
| 03-26-2021 | 1900 | 19.1858 | $36,453.02 | | | | | | - | 1900 | 1900 | $16.74 | $31,800.18 | $4,652.84 | $4,652.84 |
| 03-26-2021 | 2070 | 20.7 | $42,849.00 | | | | | | - | 2070 | 2070 | $16.74 | $34,645.46 | $8,203.54 | $8,203.54 |
| 03-26-2021 | 2100 | 20.66 | $43,386.00 | | | | | | - | 2100 | 2100 | $16.74 | $35,147.56 | $8,238.44 | $8,238.44 |
| 03-26-2021 | 2431 | 19.9192 | $48,423.58 | | | | | | - | 2431 | 2431 | $16.74 | $40,687.49 | $7,736.09 | $7,736.09 |
| 03-26-2021 | 2610 | 19.95 | $52,069.50 | | | | | | - | 2610 | 2610 | $16.74 | $43,683.40 | $8,386.10 | $8,386.10 |
| 03-26-2021 | 3059 | 19.9701 | $61,088.54 | | | | | | - | 3059 | 3059 | $16.74 | $51,198.29 | $9,890.25 | $9,890.25 |
| 03-26-2021 | 4200 | 17.71 | $74,382.00 | | | | | | - | 4200 | 4200 | $16.74 | $70,295.13 | $4,086.87 | $4,086.87 |
| 03-26-2021 | 4315 | 20.11 | $86,774.65 | | | | | | - | 4315 | 4315 | $16.74 | $72,219.88 | $14,554.77 | $14,554.77 |
| 03-26-2021 | 4334 | 19.4999 | $84,512.57 | | | | | | - | 4334 | 4334 | $16.74 | $72,537.88 | $11,974.69 | $11,974.69 |
| 03-26-2021 | 4778 | 20.1899 | $96,467.34 | | | | | | - | 4778 | 4778 | $16.74 | $79,969.08 | $16,498.26 | $16,498.26 |
| 03-26-2021 | 7220 | 18.68 | $134,869.60 | | | | | | - | 7220 | 7220 | $16.74 | $120,840.67 | $14,028.93 | $14,028.93 |
| Matched against pre class period holdings | | | | 03-23-2021 | 100 | | $31.60 | $3,159.50 | - | - | - | $16.74 | | | |
| **Total:** | **54,326** | | **$1,059,080.81** | | **100** | | | **$3,159.50** | | **54,326** | **54,326** | | **$909,250.76** | **$149,830.06** | **$149,830.06** |

| | |
|---|---|
| **Client Name** | Michael Krueger |
| **Company Name** | Tencent Music Entertainment Group |
| **Ticker Symbol** | TME |
| **Security Type** | |
| **Class Period Start** | 03-22-2021 |
| **Class Period End** | 03-29-2021 |
| **90-DAY Lookback Period Start** | 03-30-2021 |
| **90-DAY Lookback Period End** | 06-27-2021 |
| **90-DAY Lookback Average** | $ 16.74 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $552.84 |
| *DURA LIFO* Total* | $552.84 |
| Gross Shares Purchased | 155 |
| Net Shares Retained | 155 |
| Net Funds Expended | $3,195.28 |

**Michael Krueger - Account 3**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-26-2021 | 7 | 20.62 | $144.34 | 06-09-2021 | | 7 | $17.05 | | $119.35 | 7 | - | $16.74 | | $24.99 | $24.99 |
| 03-26-2021 | 1 | 20.62 | $20.62 | | | | | | | 1 | 1 | $16.74 | $16.74 | $03.88 | $03.88 |
| 03-26-2021 | 147 | 20.6144 | $3,030.32 | 06-09-2021 | | 147 | $17.05 | | $2,506.35 | 147 | - | $16.74 | | $523.97 | $523.97 |
| **Total:** | **155** | | **$3,195.28** | | | **154** | | | **$2,625.70** | **155** | **1** | **$16.74** | | **$552.84** | **$552.84** |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **Michael Krueger** | |
| LIFO Loss Total | $163,233.53 |
| *DURA LIFO* Total* | $163,233.53 |
| Gross Shares Purchased | 58,109 |
| Net Shares Retained | 58,009 |
| Net Funds Expended | $1,132,842.02 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.