# EXHIBIT C

**INVESTOR ALERT: Scott+Scott Attorneys at Law LL...**

SIGN IN    ☰

# INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Goldman Sachs Group Inc. and Morgan Stanley

October 26, 2021 18:02 ET | Source: Scott+Scott Attorneys at Law LLP



NEW YORK, Oct. 26, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit against Goldman Sachs Group Inc. ("Goldman Sachs") and Morgan Stanley ("Morgan Stanley"), alleging violations of §§20A, 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78t-1, 78j(b), and 78t(a), and Securities and Exchange Commission (SEC) Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5. **If you purchased Tencent Music Entertainment Group ("Tencent" or the "Company") (NYSE: TME) American Depository Shares (ADS) between March 22, 2021 and March 29, 2021, inclusive (the "Class Period"), and have suffered significant losses, realized or unrealized, you are encouraged to contact Scott+Scott attorney Jonathan Zimmerman at (888) 398-9312 for more information.**

Both Goldman Sachs and Morgan Stanley are global financial services institutions that served as prime brokers for Archegos Capital Management ("Archegos"), a family office with $10 billion under management, helping Archegos make trades and lending it capital in the form of margin lending.

According to the Complaint, Goldman Sachs and Morgan Stanley sold a large amount of Tencent shares during the Class Period while in possession of material, non-public information about Archegos and its need to fully liquidate its position in the Company because of margin call pressure. As a result of these sales, Defendants Goldman Sachs and Morgan Stanley *avoided billions in losses* combined.

**Lead Plaintiff Deadline**

Case 1:21-cv-08752-JSR    Document 24-3    Filed 12/27/21    Page 3 of 4

**INVESTOR ALERT: Scott+Scott Attorneys at Law LL...**      SIGN IN    ☰

their choice, or may choose to do nothing and remain a member of the proposed Class. The case is pending in the Southern District of New York under docket number 21-cv-8752.

**What You Can Do**

If you purchased **Tencent ADS during the Class Period**, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Jonathan Zimmerman at (888) 398-9312 or [jzimmerman@scott-scott.com](mailto:jzimmerman@scott-scott.com).

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

**CONTACT:**

**Jonathan Zimmerman**

**[Scott+Scott Attorneys at Law LLP](#)**

**230 Park Avenue, 17th Floor, New York, NY 10169-1820**

**(888) 398-9312**

**[jzimmerman@scott-scott.com](mailto:jzimmerman@scott-scott.com)**

---

**Tags**

[Class Action]

# Recommended Reading

October 28, 2021 15:10 ET

Source: [Scott+Scott Attorneys at Law LLP](#)

**Scott+Scott Attorneys at Law LLP Reminds Investors of Securities**

October 27, 2021 20:19 ET

Source: [Scott+Scott Attorneys at Law LLP](#)

**Scott+Scott Attorneys at Law LLP Announces Investigation**

INVESTOR ALERT: Scott+Scott Attorneys at Law LL...                    SIGN IN     ☰

**15 Deadline**

NEW YORK, Oct. 28, 2021
(GLOBE NEWSWIRE) --
Scott+Scott Attorneys at Law
LLP ("Scott+Scott"), an
international shareholder
and consumer rights
litigation firm, announces
the filing of a class action...

(GLOBE NEWSWIRE) --
Scott+Scott Attorneys at Law
LLP ("Scott+Scott"), an
international shareholder
and consumer rights
litigation firm, is
investigating whether
Robinhood...

## Explore

### Banner Corporation Announces Retirement of Banner ...

October 28, 2021 16:05 ET

### Fuel for Life to Launch New 3-R Program in January...

October 28, 2021 15:49 ET

**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:     in  🐦

**Newswire Distribution Network & Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.