UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>                 Defendants. | Case No.  1:21-cv-08752-PAC<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ZHANG ZHENMING FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| KAI CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>                 Defendants. | Case No.  1:21-cv-09564-PAC |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Zhang Zhenming ("Zhenming"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion of Zhenming for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Zhenming in the Related Actions; |
| Exhibit B: | Press release published over *Globe Newswire* on October 26, 2021, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Zhenming; |
| Exhibit D: | Declaration executed by Zhenming; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 27, 2021, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1