# EXHIBIT A

**Tencent Music Entertainment Group (TME)**
**Class Period: March 22, 2021 to March 29, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account Number | Purchase Date | ADS | Price | Amount | Sales Date | ADS | Price | Amount | End-of-Class ADS Retained | Post-Class ADS Retained | 90-Day* Mean Price $16.7369 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PreClass | 2,500 | | | | | | |
| Zhang Zhenming | Account 1 | 3/24/2021 | 1,000 | $27.9090 | ($27,909) | 3/23/2021 | (2,500) | $35.9517 | $89,879 | | | | |
| Zhang Zhenming | Account 1 | 3/24/2021 | 1,000 | $28.4682 | ($28,468) | 5/28/2021** | (500) | $17.2851 | $8,643 | | | | |
| Zhang Zhenming | Account 1 | 3/24/2021 | 500 | $28.0480 | ($14,024) | 6/2/2021** | (1,000) | $17.2304 | $17,230 | | | | |
| Zhang Zhenming | Account 1 | 3/24/2021 | 500 | $28.1700 | ($14,085) | 6/2/2021** | (1,000) | $17.2304 | $17,230 | | | | |
| Zhang Zhenming | Account 1 | 3/24/2021 | 500 | $28.2700 | ($14,135) | 6/2/2021** | (1,000) | $17.2304 | $17,230 | | | | |
| Zhang Zhenming | Account 1 | 3/24/2021 | 100 | $26.3600 | ($2,636) | 6/3/2021** | (2,000) | $17.1911 | $34,382 | | | | |
| Zhang Zhenming | Account 1 | 3/26/2021 | 2,000 | $18.0300 | ($36,060) | 6/3/2021** | (2,000) | $17.1911 | $34,382 | | | | |
| Zhang Zhenming | Account 1 | 3/26/2021 | 1,000 | $18.5185 | ($18,519) | 6/15/2021** | (1,000) | $16.9446 | $16,945 | | | | |
| Zhang Zhenming | Account 1 | 3/26/2021 | 800 | $18.3500 | ($14,680) | 6/18/2021** | (300) | $16.8544 | $5,056 | | | | |
| Zhang Zhenming | Account 1 | 3/26/2021 | 800 | $17.8755 | ($14,300) | | | | | | | | |
| Zhang Zhenming | Account 1 | 3/26/2021 | 500 | $18.5060 | ($9,253) | | | | | | | | |
| Zhang Zhenming | Account 1 | 3/26/2021 | 100 | $18.4890 | ($1,849) | | | | | | | | |
| **Zhang Zhenming** | **Account 1** | | **8,800** | | **($195,918)** | | **(11,300)** | | **$240,978** | **8,800** | **0** | | **($44,819)** |
| | | | | | | PreClass | 4,800 | | | | | | |
| Zhang Zhenming | Account 2 | 3/24/2021 | 1,001 | $27.4000 | ($27,427) | 3/23/2021 | (2,000) | $31.9614 | $63,923 | | | | |
| Zhang Zhenming | Account 2 | 3/24/2021 | 1,000 | $27.0584 | ($27,058) | 3/23/2021 | (2,800) | $31.9600 | $89,488 | | | | |
| Zhang Zhenming | Account 2 | 3/24/2021 | 1,000 | $27.3800 | ($27,380) | 3/24/2021 | (141) | $22.8800 | $3,226 | | | | |
| Zhang Zhenming | Account 2 | 3/24/2021 | 1,000 | $27.6180 | ($27,618) | 3/24/2021 | (162) | $23.1200 | $3,745 | | | | |
| Zhang Zhenming | Account 2 | 3/24/2021 | 748 | $26.9700 | ($20,174) | 3/25/2021 | (41) | $19.7300 | $809 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/25/2021 | (44) | $21.1100 | $929 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/25/2021 | (47) | $21.3950 | $1,006 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/25/2021 | (51) | $19.6300 | $1,001 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/25/2021 | (82) | $19.4100 | $1,592 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/25/2021 | (119) | $21.1600 | $2,518 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/25/2021 | (384) | $21.4900 | $8,252 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/25/2021 | (473) | $22.2100 | $10,505 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/25/2021 | (575) | $19.9000 | $11,443 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/26/2021 | (141) | $16.5850 | $2,338 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/26/2021 | (158) | $17.8600 | $2,822 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/26/2021 | (345) | $17.0506 | $5,882 | | | | |
| Zhang Zhenming | Account 2 | | | | | 3/26/2021 | (405) | $18.2400 | $7,387 | | | | |
| Zhang Zhenming | Account 2 | | | | | 4/22/2021** | (1,000) | $18.8935 | $18,894 | | | | |
| Zhang Zhenming | Account 2 | | | | | 5/28/2021** | (500) | $17.2851 | $8,643 | | | | |
| Zhang Zhenming | Account 2 | | | | | 6/2/2021** | (81) | $17.2304 | $1,396 | | | | |
| **Zhang Zhenming** | **Account 2** | | **4,749** | | **($129,657)** | | **(9,549)** | | **$245,798** | **1,581** | **0** | | **($37,270)** |
| **Zhang Zhenming** | | | **13,549** | | **($325,575)** | | **(20,849)** | | **$486,777** | **10,381** | **0** | | **($82,089)** |

*Average Closing Prices from March 30 to June 25

**Sale prices are valued at the higher of i) the actual sale price, or ii) the average closing prices from March 30 to the date of sale.