# EXHIBIT 1



# INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Goldman Sachs Group Inc. and Morgan Stanley

October 26, 2021 18:02 ET | Source: Scott+Scott Attorneys at Law LLP





NEW YORK, Oct. 26, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit against Goldman Sachs Group Inc. ("Goldman Sachs") and Morgan Stanley ("Morgan Stanley"), alleging violations of §§20A, 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78t-1, 78j(b), and 78t(a), and Securities and Exchange Commission (SEC) Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5. **If you purchased Tencent Music Entertainment Group ("Tencent" or the "Company") (NYSE: TME) American Depository Shares (ADS) between March 22, 2021 and March 29,**

Both Goldman Sachs and Morgan Stanley are global financial services institutions that served as prime brokers for Archegos Capital Management ("Archegos"), a family office with $10 billion under management, helping Archegos make trades and lending it capital in the form of margin lending.

According to the Complaint, Goldman Sachs and Morgan Stanley sold a large amount of Tencent shares during the Class Period while in possession of material, non-public information about Archegos and its need to fully liquidate its position in the Company because of margin call pressure. As a result of these sales, Defendants Goldman Sachs and Morgan Stanley *avoided billions in losses* combined.

**Lead Plaintiff Deadline**

The Lead Plaintiff deadline in this action is December 27, 2021. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class. The case is pending in the Southern District of New York under docket number 21-cv-8752.

**What You Can Do**

If you purchased **Tencent ADS during the Class Period**, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Jonathan Zimmerman at (888) 398-9312 or jzimmerman@scott-scott.com.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

**CONTACT:**

**Jonathan Zimmerman**

**Scott+Scott Attorneys at Law LLP**