# **EXHIBIT 2**

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Po-Hsun Huang, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint on behalf of shareholders of Tencent Music Entertainment Group ("Tencent") and authorize the filing of a lead plaintiff motion on my behalf.

3.      I did not purchase or acquire Tencent securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Tencent securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in Tencent securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this day of  12/27/2021  .

PO HSUN HUANG

DocuSigned by:

56CC22254A2F436...

Po-Hsun Huang

# Schedule A

**TENCENT MUSIC ENTERTAINM-ADR**          **Ticker:**    **TME**       **Cusip:**       **88034P109**

Class Period: 03/22/2021 to 03/29/2021

**Po Hsun Huang**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 3/24/2021 | 1,000 | $26.42 |
| | 3/24/2021 | 500 | $26.46 |
| | 3/24/2021 | 62 | $26.48 |
| | 3/25/2021 | 300 | $21.00 |
| | 3/25/2021 | 200 | $23.39 |
| | 3/25/2021 | 200 | $21.01 |
| | 3/26/2021 | 300 | $18.00 |
| | 3/26/2021 | 300 | $18.18 |
| | 3/26/2021 | 300 | $17.00 |
| | 3/26/2021 | 200 | $19.93 |
| | 3/26/2021 | 200 | $17.70 |
| | 3/26/2021 | 200 | $17.55 |
| | 3/26/2021 | 200 | $17.15 |
| | 3/26/2021 | 200 | $17.48 |
| | 3/26/2021 | 200 | $16.80 |
| | 3/26/2021 | 200 | $17.92 |
| | 3/26/2021 | 200 | $16.85 |
| | 3/26/2021 | 200 | $17.50 |
| | 3/26/2021 | 200 | $18.00 |
| | 3/26/2021 | 200 | $17.82 |
| | 3/26/2021 | 200 | $18.00 |
| | 3/26/2021 | 200 | $17.80 |
| | 3/26/2021 | 100 | $18.00 |
| | 3/26/2021 | 100 | $17.60 |
| | 3/26/2021 | 100 | $18.49 |

| | | | |
|---|---|---|---|
| | 3/26/2021 | 100 | $16.97 |
| | 3/26/2021 | 100 | $17.04 |
| | 3/26/2021 | 100 | $18.00 |
| | 3/26/2021 | 100 | $17.34 |
| | 3/26/2021 | 100 | $16.70 |
| | 3/26/2021 | 100 | $17.80 |
| | 3/26/2021 | 100 | $17.73 |
| | 3/26/2021 | 100 | $17.10 |
| | 3/26/2021 | 100 | $19.58 |
| | 3/26/2021 | 100 | $17.97 |
| | 3/26/2021 | 100 | $17.75 |
| | 3/26/2021 | 100 | $16.90 |
| | 3/26/2021 | 100 | $16.60 |
| | 3/26/2021 | 100 | $16.90 |
| | 3/26/2021 | 100 | $17.52 |
| | 3/26/2021 | 100 | $19.66 |
| | 3/26/2021 | 100 | $17.80 |
| | 3/26/2021 | 100 | $17.89 |
| | 3/26/2021 | 100 | $17.69 |
| | 3/26/2021 | 100 | $19.84 |
| | 3/26/2021 | 100 | $17.60 |
| | 3/26/2021 | 100 | $18.00 |
| | 3/29/2021 | 200 | $20.39 |
| | 3/29/2021 | 200 | $20.84 |
| | 3/29/2021 | 100 | $21.00 |
| | 3/29/2021 | 100 | $19.47 |
| | 3/29/2021 | 100 | $19.57 |
| | 3/29/2021 | 100 | $19.61 |
| | 3/29/2021 | 100 | $20.67 |
| | 3/29/2021 | 100 | $20.33 |
| | 3/29/2021 | 100 | $20.65 |
| | 3/29/2021 | 100 | $20.97 |
| **Sales:** | 3/25/2021 | 1,800 | $21.40 |
| | 3/25/2021 | 500 | $20.29 |