# EXHIBIT 3

| LOSS ANALYSIS | TENCENT MUSIC ENTERTAINM-ADR | | | TME | |
|---|---|---|---|---|---|
| **Class Period: 03/22/2021 to 03/29/2021** | **CUSIP** | **SEDOL** | **ISIN** | **Lookback Price** | * |
| **Po Hsun Huang** | **88034P109** | **BFZYWR2** | **US88034P1093** | **$16.72206** | |

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/24/2021 | 1,000 | $26.42 | -$26,415.02 |
| Purchase | 3/24/2021 | 500 | $26.46 | -$13,228.00 |
| Purchase | 3/24/2021 | 62 | $26.48 | -$1,641.64 |
| Purchase | 3/25/2021 | 300 | $21.00 | -$6,300.00 |
| Purchase | 3/25/2021 | 200 | $23.39 | -$4,678.02 |
| Purchase | 3/25/2021 | 200 | $21.01 | -$4,201.77 |
| Purchase | 3/26/2021 | 300 | $18.00 | -$5,400.00 |
| Purchase | 3/26/2021 | 300 | $18.18 | -$5,453.10 |
| Purchase | 3/26/2021 | 300 | $17.00 | -$5,100.00 |
| Purchase | 3/26/2021 | 200 | $19.93 | -$3,985.39 |
| Purchase | 3/26/2021 | 200 | $17.70 | -$3,539.59 |
| Purchase | 3/26/2021 | 200 | $17.55 | -$3,509.65 |
| Purchase | 3/26/2021 | 200 | $17.15 | -$3,429.67 |
| Purchase | 3/26/2021 | 200 | $17.48 | -$3,495.90 |
| Purchase | 3/26/2021 | 200 | $16.80 | -$3,360.00 |
| Purchase | 3/26/2021 | 200 | $17.92 | -$3,583.20 |
| Purchase | 3/26/2021 | 200 | $16.85 | -$3,369.42 |
| Purchase | 3/26/2021 | 200 | $17.50 | -$3,500.00 |
| Purchase | 3/26/2021 | 200 | $18.00 | -$3,599.55 |
| Purchase | 3/26/2021 | 200 | $17.82 | -$3,563.79 |
| Purchase | 3/26/2021 | 200 | $18.00 | -$3,600.00 |
| Purchase | 3/26/2021 | 200 | $17.80 | -$3,560.00 |
| Purchase | 3/26/2021 | 100 | $18.00 | -$1,800.00 |
| Purchase | 3/26/2021 | 100 | $17.60 | -$1,760.00 |
| Purchase | 3/26/2021 | 100 | $18.49 | -$1,849.00 |
| Purchase | 3/26/2021 | 100 | $16.97 | -$1,696.89 |
| Purchase | 3/26/2021 | 100 | $17.04 | -$1,703.92 |
| Purchase | 3/26/2021 | 100 | $18.00 | -$1,800.00 |
| Purchase | 3/26/2021 | 100 | $17.34 | -$1,733.90 |
| Purchase | 3/26/2021 | 100 | $16.70 | -$1,670.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 3/26/2021 | 100 | $17.80 | -$1,780.00 |
| Purchase | 3/26/2021 | 100 | $17.73 | -$1,772.86 |
| Purchase | 3/26/2021 | 100 | $17.10 | -$1,710.00 |
| Purchase | 3/26/2021 | 100 | $19.58 | -$1,957.71 |
| Purchase | 3/26/2021 | 100 | $17.97 | -$1,796.88 |
| Purchase | 3/26/2021 | 100 | $17.75 | -$1,774.87 |
| Purchase | 3/26/2021 | 100 | $16.90 | -$1,690.00 |
| Purchase | 3/26/2021 | 100 | $16.60 | -$1,660.00 |
| Purchase | 3/26/2021 | 100 | $16.90 | -$1,690.00 |
| Purchase | 3/26/2021 | 100 | $17.52 | -$1,751.76 |
| Purchase | 3/26/2021 | 100 | $19.66 | -$1,965.73 |
| Purchase | 3/26/2021 | 100 | $17.80 | -$1,780.00 |
| Purchase | 3/26/2021 | 100 | $17.89 | -$1,788.94 |
| Purchase | 3/26/2021 | 100 | $17.69 | -$1,768.64 |
| Purchase | 3/26/2021 | 100 | $19.84 | -$1,983.73 |
| Purchase | 3/26/2021 | 100 | $17.60 | -$1,760.00 |
| Purchase | 3/26/2021 | 100 | $18.00 | -$1,800.00 |
| Purchase | 3/29/2021 | 200 | $20.39 | -$4,077.46 |
| Purchase | 3/29/2021 | 200 | $20.84 | -$4,167.72 |
| Purchase | 3/29/2021 | 100 | $21.00 | -$2,099.82 |
| Purchase | 3/29/2021 | 100 | $19.47 | -$1,946.72 |
| Purchase | 3/29/2021 | 100 | $19.57 | -$1,956.67 |
| Purchase | 3/29/2021 | 100 | $19.61 | -$1,960.66 |
| Purchase | 3/29/2021 | 100 | $20.67 | -$2,066.85 |
| Purchase | 3/29/2021 | 100 | $20.33 | -$2,032.77 |
| Purchase | 3/29/2021 | 100 | $20.65 | -$2,064.84 |
| Purchase | 3/29/2021 | 100 | $20.97 | -$2,096.85 |
| **Class Period purchases:** | | **9,462** | | **-$187,428.90** |
| Sale | 3/25/2021 | 1,800 | $21.40 | $38,520.00 |
| Sale | 3/25/2021 | 462 | $20.29 | $9,374.46 ** |
| **Class Period sales (matched to Class Period purchases):** | | **2,262** | | **$47,894.46** |
| | LIFO Retained Purchases: 7,200 | | $16.72206 | $120,398.86 |
| | | | **LIFO Gain/(Loss):** | **-$19,135.58** |

**\* Value of retained shares is the mean trading price from 03/30/2021 to 06/28/2021**

**\*\* 38 of the shares sold on 3/25/2021 were from pre-class period purchases and were not used for the LIFO loss calculation.**