# EXHIBIT 4

### DECLARATION OF PO-HSUN HUANG IN SUPPORT OF APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Po-Hsun Huang, pursuant to 28 U.S.C. §1746 declare as follows:

1.      This declaration is made in support of my motion for consolidation of the related actions, appointment as lead plaintiff, and approval of selection of lead counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I reside in New Taipei, Taiwan. I am 30 years old. I have a college degree and am an airline pilot. I have 10 years of experience investing in the stock market.

3.      I suffered substantial losses in connection with my transactions in Tencent Music Entertainment Group ("Tencent") securities during the Class Period. As a result, I am motivated to obtain the best possible result for myself and the Class.

4.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

5.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and am empowered to authorize a potential settlement on behalf of the Class. I am willing to perform these duties on behalf of the Class.

6.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class

representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

7.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on their experience prosecuting securities cases and history of collaboration, I have selected Scott+Scott Attorneys at Law LLP ("Scott+Scott") and Hedin Hall LLP to represent the Class in this case on a contingency basis. I am also represented by the Schall Law Firm. Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with my attorneys.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed this day of ____12/27/2021____.

_____
DocuSigned by:

*PO HSUN HUANG*

566C22264A2F436...
Po-Hsun Huang