**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| MICHAEL MERSON, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-08752-PAC-SLC |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |
| KAI CHEN, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-09564-PAC-SLC |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

**NOTICE OF NON-OPPOSITION BY LEI BIAN TO**
**COMPETING LEAD PLAINTIFF MOTIONS**

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on December 27, 2021, pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), putative class member Lei Bian ("Bian") timely filed a motion in the above-captioned matter for appointment as lead plaintiff and approval of lead counsel.  ECF No. 16.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class."  15 U.S.C §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Bian has not asserted the "largest financial interest."  However, in the event the Court determines that other movants are incapable or inadequate to represent the class in this litigation, Bian remains willing and able to serve as lead plaintiff or as a named class representative.

By this notice, Bian does not waive, compromise, or relinquish his right to participate in this litigation or receive his share of any recovery to the class.

- 2 -

DATED:  January 5, 2022                    **JOHNSON FISTEL, LLP**

*/s/ Ralph M. Stone*
Ralph M. Stone (RS-4488)
1700 Broadway, 41st Floor
New York, NY 10019
Telephone: (212) 292-5690
Facsimile: (212) 292-5680
RalphS@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

***Counsel for Lei Bian***

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/Ralph M. Stone*
RALPH M. STONE (RS-4488)