UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>Defendants. | Case No.  1:21-cv-08752-PAC<br><br>NOTICE OF NON-OPPOSITION OF ZHANG ZHENMING TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| KAI CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>Defendants. | Case No.  1:21-cv-09564-PAC |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

On December 27, 2021, Zhang Zhenming ("Zhenming"), by and through his counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Zhenming as Lead Plaintiff on behalf of all those investors who purchased or otherwise acquired Tencent Music Entertainment Group shares contemporaneously with the above-captioned defendants' unlawful trades from March 22, 2021 through and including March 29, 2021 (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 25.

Having reviewed the competing motions before the Court, it appears that Zhenming does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Zhenming's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  January 10, 2022

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Counsel for Zhang Zhenming*

1