UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>Defendants. | Case No. 1:21-cv-08752-PAC |
| KAI CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>Defendants. | Case No. 1:21-cv-09564-PAC |

**NOTICE OF NON-OPPOSITION BY PO-HSUN HUANG TO COMPETING LEAD PLAINTIFF MOTIONS**

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 27, 2021, pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, putative Class member and Lead Plaintiff Movant Po-Hsun Huang ("Huang" and/or "Movant"), timely filed a motion in the above-captioned matter, for appointment as Lead Plaintiff, and approval counsel to serve as Lead Counsel. ECF No. 29.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Huang has not asserted the "largest financial interest." However, in the event the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Huang remains willing and able to serve as lead plaintiff or as a named class representative.

By this notice, Huang does not waive, compromise, or relinquish his right to participate in this litigation or receive his share of any recovery to the Class.

DATED: January 10, 2022                 **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                        _s/ Thomas L. Laughlin, IV_
                                        Thomas L. Laughlin, IV
                                        Rhiana L. Swartz
                                        The Helmsley Building
                                        230 Park Avenue, 17th Floor
                                        New York, NY 10169
                                        Telephone: 212-223-6444
                                        Facsimile: 212-223-6334
                                        tlaughlin@scott-scott.com
                                        rswartz@scott-scott.com

                                        **HEDIN HALL LLP**
                                        David W. Hall
                                        Armen Zohrabian

1

Arun Ravindran
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: 415-766-3534
Facsimile:  415-402-0058
dhall@hedinhall.com
azohrabian@hedinhall.com
aravindran@hedinhall.com

**THE SCHALL LAW FIRM**
Brian J. Schall
1880 Century Park E, Suite 404
Los Angeles, CA 90067-1604
Telephone: 310-301-3335
Facsimile:  310-388-0192
brian@schallfirm.com

*Counsel for Po-Hsun Huang*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
