UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MERSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>Defendants. | Case No.: 1:21-cv-08752-PAC<br><br>Hon. Paul A. Crotty |
| KAI CHEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>Defendants. | Case No.: 1:21-cv-09564-PAC<br><br>Hon. Paul A. Crotty |

**MICHAEL KRUEGER'S NOTICE OF NON-OPPOSITION TO HIS MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Michael Krueger ("Movant") respectfully submits this notice of non-opposition regarding his pending motion which seeks consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of his selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel for the Class. (ECF No. 19). Movant timely filed his motion for lead plaintiff on December 27, 2021.

On January 10, 2022, all competing movants, Lei Bian, Jayson Rokhsar, Zhang Zhenming, and Po-Hsun Huang, provided notice that they do not oppose Movant's motion for lead plaintiff.

See ECF. Nos. 32, 33, 34 & 35, respectively. Movant's Motion is now the only pending lead plaintiff motion before the Court.

Based on the facts presented above and the factual, legal, and financial reasons presented in his motion and supporting papers, Movant respectfully requests that the Court issue an order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA: (1) consolidating the Actions; (2) appointing Movant as lead plaintiff on behalf of those investors who purchased or otherwise acquired Tencent Music Entertainment Group ("Tencent" or the "Company") securities contemporaneously with the unlawful trades of Goldman Sachs Group Inc. ("Goldman Sachs") and Morgan Stanley ("Morgan Stanley") from March 22, 2021 through and including March 29, 2021; (3) approving Movant's selection of Levi & Korsinsky as lead counsel for the class; (4) denying the competing motions; and (5) granting such other relief as the Court deems proper.

Dated: January 10, 2022

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Michael Krueger and*
*[Proposed] Lead Counsel for the Class*