**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL MERSON, Individually and on behalf of all others similarly situated, | Case No.: 1:21-cv-08752-PAC |
| Plaintiff, | Hon. Paul A. Crotty |
| v. | **SUPPLEMENTAL DECLARATION OF MICHAEL KRUEGER IN SUPPORT OF MOTION FOR LEAD PLAINTIFF IN THE TENCENT MUSIC ENTERTAINMENT GROUP CLASS ACTION** |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: | |
| 1:21-cv-08413 1:21-cv-10286 1:21-cv-08618 1:21-cv-08897 1:21-cv-10791 1:22-cv-00169 | |

I, Michael Krueger, pursuant to 28 U.S.C. §1746, declare as follows:

1. I submit this declaration in further support of my motion for appointment as lead plaintiff in the above-captioned action. I have personal knowledge of the facts stated below and could and would competently testify to them if called to do so.

2. In support of my motion for lead plaintiff, I submitted a declaration stating that I have been a landlord for forty years and previously managed 123 units until entering semi-retirement.

3. Related to work as a landlord, I also operated a home improvement business from about 1979 to 2000. My home improvement business handled many projects, including renovations of the units that I owned as a landlord. I generally operated the business with three 2-man crews and one 5-man crew. On any given project, coordination between trades and project

1

phases was required in order to ensure timely completion of the project. This included coordination between tile workers, plumbers, electricians, carpenters, and other aspects of the projects. My projects were located across the Greater Milwaukee area.

4.      I understand that the Court has required the lead plaintiffs and their lawyers to coordinate with one another to avoid duplication of work and increase the efficiency of this litigation generally. To that end, I believe that my experience operating and managing a business would be beneficial. Coordination of the litigation would be, in some respects, similar to the coordination of a construction project. Different parts of the construction occur at different times and the experience I have overseeing various construction crews is transferable to overseeing the teams of attorneys litigating this action.

5.      The Joint Prosecution Agreement being proposed by my counsel at Levi & Korsinsky, LLP, provides a good working structure that, if followed, can result in benefits to the shareholders. On one hand, it coordinates the work that needs to be completed across each of the related actions while, on the other hand, grants each class with the authority to protect its own interests and develop its own litigation strategy.

6.      If appointed as lead plaintiff, I would ensure that my counsel adheres to the proposed Joint Prosecution Agreement and take whatever actions they can to facilitate appropriate coordination between the various plaintiffs' counsel. I would also be willing to work with the other lead plaintiffs in the various related actions when appropriate to help facilitate a cooperative and coordinated approach towards prosecuting the case. Being semi-retired, I have the ability to make myself available for calls to discuss the progress of the litigation with any working groups that may be necessary for the successful oversight and coordination of the litigation.

//

//

2

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 30th day of March 2022.

Michael Krueger

3