**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEW KING TAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-08413-PAC |
| Plaintiff, | |
| v. | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | |
| Defendants. | |

THIS DOCUMENT RELATES TO:

> 1:21-cv-08618-PAC
> 1:21-cv-08752-PAC
> 1:21-cv-08897-PAC
> 1:21-cv-10286-PAC
> 1:21-cv-10791-PAC
> 1:22-cv-00169-PAC

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF THE PLAINTIFFS GROUP'S MOTION FOR APPOINTMENT OF VARIOUS LEAD PLAINTIFFS AND LEAD COUNSELS, & APPOINTMENT OF A PLAINTIFFS' EXECUTIVE COMMITTEE AND CO-CHAIRS OF THE EXECUTIVE COMMITTEE**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for the Plaintiffs Group.

2.      I submit this Declaration, together with the attached exhibits, in support of the Plaintiffs Group's motion for the appointment of various lead plaintiffs and lead counsels, the appointment of a Plaintiffs' Executive Committee, and the appointment of Scott+Scott and Hedin Hall LLP ("Hedin Hall") as Co-Chairs of the Executive Committee.

3.      Attached hereto are true and correct copies of the following exhibits:

> Exhibit 1:      The Plaintiffs Group's Proposed Composition of a Coordinated Leadership Structure;

1

Exhibit 2: Joint Declaration of David W. Hall and Thomas L. Laughlin, IV in Support of the Plaintiffs Group's Motion for Appointment of Lead Plaintiffs and Lead Counsels and For Appointment of Plaintiffs' Executive Committee and Co-Chairs of That Committee;

Exhibit 3: Joint Declaration by Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System, and Jamal Pesaran In Support of their Lead Plaintiff Motion in the Discovery Case;

Exhibit 4: [Proposed] Order Appointing Lead Plaintiffs and Lead Counsels, and Appointing Plaintiffs' Executive Committee and Co-Chairs of the Executive Committee;

Exhibit 5: Scott+Scott Firm Resume;

Exhibit 6: Hedin Hall Firm Resume;

Exhibit 7: Pomerantz LLP Firm Resume;

Exhibit 8: Johnson Fistel, LLP Firm Resume;

Exhibit 9: Berger Montague PC Firm Resume;

Exhibit 10: Grant & Eisenhofer P.A. Firm Resume;

Exhibit 11: The Schall Law Firm Firm Resume; and

Exhibit 12: Rosca & Scarlato LLC Firm Resume.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on the 30th day of March, 2022.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

3