**MANDATE**

MANDATE

S.D.N.Y.—N.Y.C.
21-cv-8752
Crotty, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand twenty-two.

Present:

William J. Nardini,
Steven J. Menashi,
Alison J. Nathan,
   *Circuit Judges*.

---

In re Michael Krueger,

   *Petitioner*.

22-1067

---

Michael Krueger,

   *Petitioner*,

v.

Michael Merson, individually and on behalf of all others similarly situated, et al.,

   *Respondents*.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 23 2022

Petitioner has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that he lacks an adequate, alternative means of obtaining relief, that his right to the writ is clear and indisputable, and that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/23/2022